IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| SAMMIE EVERETTE, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: **1:99cv01270** |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

All matters between the parties having been fully resolved and all parties being in agreement that this cause should be dismissed in its entirety, with full prejudice, the Court therefore finds that this cause should be dismissed, with full prejudice and, accordingly,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be, and the same is hereby, dismissed against the Defendants Corrections Corporation of America, Doctor Crants, Prison Realty Trust, Inc., Correctional Management Services Corporation, Prison Realty Management, Inc., and Prison Management Services, Inc. with prejudice as an adjudication upon the merits, and it, is,

**FURTHER, ORDERED, ADJUDGED AND DECREED** that costs of this cause, including filing fees, will be paid by Plaintiffs and no discretionary costs, bill of cost, expenses or any attorney fees, either by statute or contract, will be applied for or awarded to either party.

Dated: this ___ day of _____, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/8/05

APPROVED FOR ENTRY:

_____
JAMES I. PENTECOST
BRANDON O. GIBSON
PENTECOST, GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, Tennessee 38305

_____
C. MICHAEL ROBBINS
Counsel for Plaintiff
3074 East Street
Memphis, Tennessee 38128

ROBERT J. WALKER
MARK TIPPS
JOSEPH WELBORN
WALKER, BRYANT, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Order of Dismissal been sent by United States mail, postage prepaid, to **Mr. C. Michael Robbins**, Robbins & Thomas, One Commerce Square, Suite 1550, Memphis, Tennessee 38103: this _22_ day of _Nov._, 2005.

_____
JAMES I. PENTECOST

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 1:99-CV-01270 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

C. Michael Robbins
ROBBINS LAW OFFICE
3074 East Street
Memphis, TN 38128

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT