UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 AM 11: 34

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SAMMIE EVERETTE,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION<br>OF AMERICA, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br>CASE NO: 1:99cv1270-B |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on December 8, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_(signature)_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

12/12/05
Date

THOMAS M. GOULD
Clerk of Court

_Earlene Grayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

(104)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 1:99-CV-01270 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

C. Michael Robbins
ROBBINS LAW OFFICE
3074 East Street
Memphis, TN 38128

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT